IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 MAY -5  A 10: 11
DEBRA P. HACKETT, CLK

| | | |
|---|---|---|
| ANTHONY BURDEN, | * | |
| | * | Civil No. 3: 05CV433-F |
| Defendant-Petitioner, | * | |
| | * | |
| v. | * | Orig. Criminal No. CR-02-0954 |
| | * | |
| DONAL CAMPBELL, Director, | * | |
| Alabama Dept. of Corrections, and | * | |
| TROY KING, Attorney General, | * | |
| | * | |
| Plaintiffs-Respondents. | * | |

## NOTICE OF APPEARANCE

COMES NOW, Robert A. Ratliff, newly retained counsel for the Defendant, Anthony Burden, and hereby moves to be allowed to enter a notice of appearance as counsel of record for Anthony Burden.

Respectfully submitted,

/s/ Robert A. Ratliff

Robert A. Ratliff
(Ohio Atty. # 0068491)
(Al Atty. #RAT0006)
P.O. Box 2353
Mobile, AL 36652
(251) 432-1656

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing motion and accompanying memorandum of law was sent this 2 day of May, 2005, by regular United States mail with sufficient postage affixed, to Donal Campbell, Director, Alabama Department of Corrections, 301 South Ripley Street, P.O. Box 301501, Montgomery, Alabama 36130-1501; and Troy King, Attorney General of Alabama, Alabama State House, 11 South Union Street, Third Floor, Montgomery, Alabama 36130.

Robert A. Ratliff, Esq.
Attorney for the Petitioner