| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C Bell    ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>C Bell                           5/20/05 |
| 1. Article Addressed to:<br><br>Warden James DeLoach<br>Draper Correctional Facility<br>P.O. Box 1107<br>Elmore, Alabama 36025-1107<br><br>05cv433 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☒ No<br><br>3. Service Type<br>   ☒ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)        ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 1140 0001 8580 1166 |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540