| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Taylor_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 5/27/05 |
| 1. Article Addressed to:<br><br>Troy King<br>Attorney General of AL<br>AL State House<br>11 South Union St, 3rd Fl<br>Montgomery, AL 36130<br>05cv433 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>MAY 27 2005<br>CRIMINAL APPEALS DIVISION<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0001 3576 3613 |

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-P-4081