IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 JUN -8  P 4:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ANTHONY BURDEN, | ) |
| | ) |
| PETITIONER, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. |
| | ) 03:05-CV433-F |
| | ) |
| DONAL CAMPBELL, et al., | ) |
| | ) |
| RESPONDENTS. | ) |

**MOTION FOR A 14-DAY ENLARGEMENT TO FILE
RESPONSE TO FEDERAL HABEAS CORPUS PETITION**

Come now Respondents, by and through the Attorney General of the State of Alabama, and move this Honorable Court for an Order granting Respondents an enlargement of 14 days from Wednesday, June 8, 2005, to file its response in the above-styled cause. As grounds for said enlargement, Respondents show the following:

1. The undersigned Assistant Attorney General has been involved in other cases in state and federal court and has not had adequate time to prepare a sufficient response.

2. The additional time requested will not prejudice the rights of Petitioner.

Wherefore, Respondent respectfully requests an extension of fourteen (14) days, up to and including June 22, 2005, in which to file a response in the above styled case.

Respectfully submitted,

Troy King
Attorney General

John M. Porter (ASB5818-P77J)
Assistant Attorney General

2

# CERTIFICATE OF SERVICE

I hereby certify on this 8th day of June, 2005, I have served a copy of the foregoing on the attorney for Petitioner, by placing said copy in the United States mail, first class, postage prepaid, and addressed as follows:

> Robert A. Ratliff, Esq.
> Attorney for Burden
> P.O. Box 2353
> Mobile, Alabama 36652

/s/ John M. Porter
John M. Porter
Assistant Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
Alabama State House
11 South Union Street
Montgomery, Alabama 36130
(334) 242-7300

206041