IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| ANTHONY BURDEN | * |
|     Petitioner, | * |
|     v. | * CIVIL ACTION NO. 03:05-CV-433-F |
| DONAL CAMPBELL, *et al.,* | * |
|     Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 8) is GRANTED; and

2. Respondents are GRANTED an extension from June 15, 2005 to June 22, 2005 to file their answer.

Done, this 15th day of June, 2005.

                                         /s/ Vanzetta Penn McPherson
                                         VANZETTA PENN MCPHERSON
                                         UNITED STATES MAGISTRATE JUDGE