INDICTMENT

## THE STATE OF ALABAMA, RANDOLPH COUNTY
## CIRCUIT COURT, FALL TERM, 2001

The Grand Jury of said County charge that before the finding of this Indictment  Anthony Eugene Burden, alias, and Andrew Phillip Burden, alias, whose names are otherwise unknown to the Grand Jury, did intentionally cause the death of another person, to-wit: Jermicah Foster, by shooting him with a firearm, rifle, or shotgun, a further description of which is otherwise unknown to the Grand Jury, in violation of Section 13A-6-2 of the Code of Alabama, against the peace and dignity of the State of Alabama.



EXHIBIT

A

_____
District Attorney of the Fifth Judicial Circuit

000007

Grand Jury No. _____ 17, 18 _____

A TRUE BILL: ---

_____
Foreman Grand

Filed in open Court on the ___7th___ day of
_____September_____ 20____
in the presence of the Grand Jury.

_____
Clerk

Presented to the presiding Judge in open Court by the
the Foreman of the Grand Jury, in the presence of ____16____
other

Grand Jurors, and filed by order of the Court this

___7th___ day of ___September___ 20____

_____ Clerk

Bail fixed at $ 100,000.

this ___7th___ day of ___September___ 2001

_____
Judge Presiding

---

No. _____

## THE STATE OF ALABAMA

RANDOLPH        COUNTY

## CIRCUIT COURT

FALL        Term, 20 01

THE STATE
vs.

ANTHONY EUGENE BURDEN,

ALIAS, AND ANDREW

PHILLIP BURDEN, ALIAS

## INDICTMENT

MURDER

No Prosecutor

WITNESSES:

Johnathan Heard

Eddie L. Gipson

Jeanette Baker
Calvie LaShun Baker
Tonya Winston

---

## THE STATE OF ALABAMA

_____ COUNTY

Circuit Court. _____ Term, 20 ____

To the Sheriff of said County:
I hereby certify that this is a true and complete copy of
the Indictment presented to the Court by the Grand Jury of
Said County against

charged with

together with all endorsements on said Indictment. and

that the trial is set for _____ 20 ____

or
his counsel. _____

Witness my hand. this _____, 20 ____

_____ Clerk

I hereby certify that i have received above stated copy
of Indictment from the Circuit Court Clerk of said County
and served same on

at _____ o'clock _____ M., _____ 20 ____

_____ Sheriff

_____ D.S.