000023

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

STATE OF ALABAMA            )
                            )
VS.                         )        CASE NO. CC-01-114
                            )
ANTHONY EUGENE BURDEN       )

### VERDICT ORDER

On October 30, 2002, a duly empaneled jury returned the following verdict:

"We, the jury, find the defendant Andrew Phillip Burden guilty of the offense of murder, as charged.

                        Linda A. Caypless
                        Foreperson."

Based upon the verdict of the jury, it is ORDERED ADJUDGED AND DECREED that the defendant is guilty of the offense of Murder. The cause shall be set for formal sentencing hearing on December 2, 2002, at 9:00 a.m. The Office of Probation and Parole is instructed to prepare a pre-sentence report for said hearing. The defendant is to be remanded into custody.

Let a copy of this Order issue to the defendant, counsel, the District Attorneys Office, the Office of Probation and Parole, and the Randolph County Sheriffs Department.

Signed this the 6th day of November, 2002.

                        *[signature]*
                        RAY D. MARTIN
                        CIRCUIT JUDGE

**Filed in Office**

NOV - 6 2002

KIM S. BENEFIELD
Clerk of Circuit Court



EXHIBIT B