IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | CASE NO. CC-01-114 |
| VS. | ) | |
| | ) | |
| ANTHONY EUGENE BURDEN | ) | |

**Filed in Office**

DEC - 9 2002

KIM S. BENEFIELD
Circuit Court

### ORDER

The defendant appeared before the Court on December 2, 2002, for Sentencing Hearing. The defendant has previously been convicted of the offense of Murder.

After consideration of all submissions, it is Ordered that the defendant be sentenced to the penitentiary of the State of Alabama for a term of thirty (30) years. The defendant is to be remanded to the Department of Corrections for execution of the sentence entered.

The defendant is Ordered to pay court costs. The defendant is Ordered to reimburse Randolph County for medical expenses incurred on his behalf. The defendant is Ordered to pay $50.00 to the Victims Compensation Fund Award.

The District Attorneys Office is granted 30 days to file a Restitution Affidavit on behalf of the victim's family.

Let a copy of this Order issue.

Signed this the 5th day of December, 2002.

_____
RAY D. MARTIN
CIRCUIT JUDGE

EXHIBIT C