# IN THE SUPREME COURT OF ALABAMA



February 13, 2004

**1030395**

Ex parte Anthony Eugene Burden and Andrew Phillip Burden. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Anthony Eugene Burden v. State of Alabama) (Randolph Circuit Court: CC01-114; 115; Criminal Appeals: CR-02-0682).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

**Writ Denied - No Opinion**

STUART, J. - See, Lyons, Brown, and Harwood, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 13th day of February, 2004

Clerk, Supreme Court of Alabama



/tr