IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY BURDEN,** | * | |
| | * | Civil No. 3:05 CV 433-F |
| Defendant-Petitioner, | * | |
| | * | |
| v. | * | Orig. Criminal No. CR-02-0954 |
| | * | |
| **DONAL CAMPBELL, Director,** | * | |
| Alabama Dept. of Corrections, and | * | |
| **TROY KING, Attorney General,** | * | |
| | * | |
| Plaintiffs-Respondents. | * | |

## MOTION FOR A 14-DAY EXTENTION TO FILE REPLY TO RESPONDENTS' RESPONSE

NOW COMES the Petitioner, ANTHONY BURDEN, by and through the undersigned counsel, and respectfully moves this Honorable Court for an Order granting the Petitioner an extension of 14 days from Wednesday, July 13, 2005 to file his Reply in the above styled case. A notarized affidavit from the Petitioner has not been received by the counselor.

Wherefor, Petitioner respectfully requests an extension fo fourteen (14) days, up to and including July 27, 2005, in which to file a reply in the above styled case.

                                                Respectfully submitted,

                                                /s/ Robert A. Ratliff
                                                Robert A. Ratliff, Esq.
                                                Attorney for the Petitioner
                                                P.O. Box 2353
                                                Mobile, AL  36652
                                                Telephone: (251) 432-1656

## CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following listed person.

John McGavock Porter
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152
334-242-7420
Fax: 242-2848
Email: jporter@ago.state.al.us

                                  /s/ Robert A. Ratliff
                                  Robert A. Ratliff
                                  Attorney for Petitioner