IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| ANTHONY BURDEN | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 03:05-CV-433-F |
| DONAL CAMPBELL, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's request for additional time to respond to Respondents' answer, and for good cause, it is ORDERED that:

1. Petitioner's Motion for a 14-Day Extension to File a Reply to Respondents' Response (Doc. No. 12) is GRANTED;

2. Petitioner is GRANTED an extension from 13 July 2005 to 27 July 2005 to file his response to Respondents' answer in accordance with the court's order entered on 27 June 2005.

DONE this 14th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE