IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| ANTHONY BURDEN, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 3:05-cv-0433-MEF |
| | )             WO |
| DONAL CAMPBELL, *et al.,* | ) |
| | ) |
|     Respondents. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #21) to the Recommendation of the Magistrate Judge filed on June 29, 2007 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #20) entered on June 22, 2007 is adopted;

3. The petition for writ of habeas corpus relief filed by Anthony Burden is DENIED and that this case is DISMISSED without prejudice.

DONE this the 12th day of July, 2007.

                                                /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE