IN THE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY BURDEN,** | ) |
| | ) |
| v. | ) Civ. Case No. 05-cv-433 |
| | ) |
| **DONAL CAMPBELL,** | ) |
| **TROY KING.** | ) |

**NOTICE OF APPEAL**

**AND REQUEST FOR CERTIFICATE OF APPEALIBILITY**

COMES NOW, the Defendant, Anthony Burden, through signed counsel and submits the instant Notice of Appeal in the above referenced criminal case and requests Certificate of Appealability on all issues.

Respectfully submitted,

/s/ Robert A. Ratliff
Robert A. Ratliff
Defense Counsel
Robert A. Ratliff, Pc
713 Dauphin Street
Mobile, AL 36602
251-438-2250
251-438-6180 Fax

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following listed person.

John McGavock Porter  
Office of the Attorney General  
Alabama State House  
11 South Union Street  
Montgomery, AL 36130-0152  
334-242-7420  
Fax: 242-2848  
Email: jporter@ago.state.al.us  

                                            /s/ Robert A. Ratliff  
                                            Robert A. Ratliff  
                                            Attorney for Petitioner