```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000138
Cashier ID: brobinso
Transaction Date: 08/15/2007
Payer Name: ROBERT A RATLIFF PC
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ROBERT A RATLIFF PC
 Case/Party: D-ALM-3-05-CV-000433-001
 Amount:        $455.00
------------------------------------
CHECK
 Check/Money Order Num: 1969
 Amt Tendered: $455.00
------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00
```