# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

#### OFFICE OF THE CLERK

#### POST OFFICE BOX 711

#### MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT                                                                                           TELEPHONE

   CLERK                                                                                                                    (334) 954-3610

## August 23, 2007

Mr. Thomas K. Kahn, Clerk                               USDC No. CV-05-F-00433-E
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW                                        USCA No.  07-13790-I
Atlanta, GA   30303

      IN RE: ANTHONY BURDEN V. DONAL CAMPBELL, ET AL.

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.
____Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from  enclosed.  If Opinion/Order was oral, please check box. [   ]
____First Notice of Appeal:____Yes,____ No  Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
____Yes, The Court Reporter(s) is/are:
____No                           Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
____ IFP__; and/or APPEALABILITY/CPC is pending in this Court.
____Court Appointed Counsel/CJA; ____Yes; ____No;  Copy of Order Enclosed:
____The Appellate docket fee has been paid;____Yes,____No:_____Date , Receipt#_____
____Appellant has been  ____GRANTED;___DENIED IFP, Copy of Order enclosed.
____Appellant has been  ____GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
____Appeal Bond, _____ Supersedeas Bond
__X_The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
____This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
          ___Volume(s) of Pleadings, ____ Volume(s) of Transcripts,
          ___SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)_____
          ___Volume(s) of Exhibits:_____Envelope
          _1_Volume (s) of Original Papers

cc:                                        Sincerely,

          DEBRA P. HACKETT, CLERK

          By: Donna M. Norfleet
            Deputy Clerk