# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**
CLERK

RECEIVED 2007 AUG 31 A 9:36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

COURT OF APPEALS RECEIVED CLERK
AUG 27 2007

TELEPHONE
(334) 954-3610

August 23, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

USDC No. CV-05-F-00433-E

USCA No. 07-13790-I

IN RE: ANTHONY BURDEN V. DONAL CAMPBELL, ET AL.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
____Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
____First Notice of Appeal:____Yes,____No   Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
____Yes, The Court Reporter(s) is/are:
____No                           Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
____IFP__; and/or APPEALABILITY/CPC is pending in this Court.
____Court Appointed Counsel/CJA; ____Yes; ____No; Copy of Order Enclosed:
____The Appellate docket fee has been paid;____Yes,____No:_____Date, Receipt#_____
____Appellant has been ____GRANTED;____DENIED IFP, Copy of Order enclosed.
____Appellant has been ____GRANTED;____DENIED CPC/APPEALABILITY, Copy of Order enclosed.
____Appeal Bond, _____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
____This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
   ___Volume(s) of Pleadings, ____ Volume(s) of Transcripts,
   ___SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)_____
   ___Volume(s) of Exhibits:_____Envelope
   _1_ Volume (s) of Original Papers

cc:                                    Sincerely,

                                       DEBRA P. HACKETT, CLERK

                                       By: Donna M. Norfleet
                                           Deputy Clerk