IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 07-13790-I

ANTHONY BURDEN,

                                        Petitioner-Appellant,

versus

RICHARD F. ALLEN, Director, Alabama Dept. of Corrections,
TROY KING, The Attorney General of the State of Alabama,
et al.,

                                        Respondents-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

       Because appellant has satisfied the standard set forth by the U.S. Supreme Court in Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000), appellant's motion for a certificate of appealability, construed from his notice of appeal, is GRANTED on the following issue(s) only:

> Whether the district court erred in determining that appellant failed to exhaust in state court his claim that a juror committed misconduct by failing to disclose a personal relationship she had with the family of the victim by stating the claim in federal terms?

                                                      /s/ R. Lanier Anderson
                                                 UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 25, 2007

Robert A. Ratliff
Robert A. Ratliff, P.C.
713 DAUPHIN ST
MOBILE AL 36602-1512

**Appeal Number: 07-13790-I**
Case Style: Anthony Burden v. Richard F. Allen
District Court Number: 05-00433 CV-F-E ()

The following action has been taken in the referenced case:

   The enclosed order has been ENTERED.

* * * * The briefing schedule will be set by separate letter * * * *

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Vacant Desk / spt (404) 335-6120

MOT-2 (06-2007)

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

October 25, 2007

**Appeal Number: 07-13790-I**
Case Style: Anthony Burden v. Richard F. Allen
District Court Number: 05-00433 CV-F-E ()

TO:   Robert A. Ratliff

CC:   Debra P. Hackett

CC:   John M. Porter

CC:   Troy King

CC:   Administrative File