# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED
For rules and forms visit
www.ca11.uscourts.gov

2007 OCT 26  A 10: 53

DEBRA P. HACKETT, CLK

October 25, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-13790-I**
Case Style: Anthony Burden v. Richard F. Allen
District Court Number: 05-00433 CV-F-E

---

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S) One (1) Volume

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Vacant Desk / spt (404) 335-6120

REC-3 (06-2006)

RECEIVED

2007 OCT 26  A 10: 53

DEBRA P. HACKETT, CLK

Debra P. Hackett
   Clerk, U.S. District Court
   15 LEE ST STE 206
   MONTGOMERY AL 36104-4055

October 25, 2007

**Appeal Number: 07-13790-I**
Case Style: Anthony Burden v. Richard F. Allen
District Court Number: 05-00433 CV-F-E

TO:   Debra P. Hackett

CC:   Administrative File

CC:   Administrative File