

| | | |
|---|---|---|
| Andrea Ware/CA11/11/USCOURTS<br>02/27/2008 01:57 PM | To | Yolanda Williams/ALMD/11/USCOURTS@USCOURTS |
| | cc | Donna Norfleet/ALMD/11/USCOURTS@USCOURTS, Shirley M Brown/CA11/11/USCOURTS@USCOURTS |
| | bcc | |
| | Subject | 1st rerquest for COR/ROA;  07-13790-AA (DC: 2:05-00433 CV F E) |

CA11# 07-13790-AA
Anthony Burden v. Richard F. Allen
MAL: 2:05-00433 CV F E
----------------------------------------

Andrea Ware, Supervisor
Court of Appeals -11th Circuit
56 Forsyth Street
Atlanta, Georgia 30303
404-335-6218