# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

**DEBRA P. HACKETT,**  
**CLERK**

**MAILING ADDRESS:**  
**U. S. DISTRICT COURT**  
**ONE CHURCH ST., RM B-110**  
**MONTGOMERY, AL 36104**  
**(334) 260-7995**

---

Thomas K. Kahn, Clerk  
United States Court of Appeals  
Eleventh Circuit       **Re:**    District Court No **CV-05-F-433-E**  
56 Forsyth Street, N.W.  
Atlanta, Georgia 30303         Court of Appeals No. **07-13790-AA**

**ANTHONY BURDEN VS. DONAL CAMPBELL, ET AL.**

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

- ☐ Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.
- ☐ First Notice of Appeal: Yes ☐ No ☐ Other notices (dates):_____
- ☐ Other:
- ☒ The Judge or Magistrate Judge appealed from is**: MARK E. FULLER**
- ☐ The Court Reporter (s) is/are:
- ☐ A hearing was not held in the case. ☐ An **audio tape** is available for transcription of the court hearing
- ☐ The appellant DOCKET FEE has been paid: Yes ☐ No ☐ Date paid:
- ☐ Motion for Certificate of Appealability and/or
- ☐ Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]  
  **Enclosed:** certified copy of Order & an updated docket sheet
- ☐ Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability  
  **Enclosed:** certified copy of Order & an updated docket sheet
- ☐ Copy of CJA form / order appointing counsel.
- ☒ Certified record on appeal consisting of : **1** Volume(s) of pleadings; ___ PSI (s); __ Volume(s) of transcript; __ Folder(s) of exhibits/depositions; ___ Supplemental file(s)
- ☐ ORIGINAL PAPERS:___Volume(s) of pleadings; ____ Volume(s) of transcript; ____ folders
- ☐ This is an appeal of a bankruptcy order. Bankruptcy Judge _____
- ☐ This is a DEATH PENALTY appeal.

                              Very truly yours,

                              Yolanda Williams  
                              Deputy Clerk

cc: Court file