APPEAL, CLOSED, HABEAS, INMATE, MULLIKIN

# U.S. District Court
## Alabama Middle District (Opelika)
### CIVIL DOCKET FOR CASE #: 3:05-cv-00433-MEF-WC
#### Internal Use Only

Burden v. Campbell et al (INMATE2)
Assigned to: Hon. Chief Judge Mark E. Fuller
Referred to: Honorable Wallace Capel, Jr
Case in other court: 07-13790-I
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/09/2005
Date Terminated: 07/12/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Plaintiff**

**Anthony Burden**                    represented by **Robert Allen Ratliff**
                                      Robert A. Ratliff, PC
                                      713 Dauphin Street
                                      Mobile, AL 36602
                                      251-438-2250
                                      Fax: 251-438-6180
                                      Email: rar@ratlifflegalgroup.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Donal Campbell**                    represented by **John McGavock Porter**
*Director; Alabama Dept. of Corrections*      Office of the Attorney General
                                      Alabama State House
                                      11 South Union Street
                                      Montgomery, AL 36130-0152
                                      334-242-7420
                                      Fax: 242-2848
                                      Email: jporter@ago.state.al.us
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Troy King**                         represented by **John McGavock Porter**
*The Attorney General of the State of*        Office of the Attorney General
*Alabama*                             Criminal Appeals
                                      Alabama State House
                                      11 South Union Street

Montgomery, AL 36130-0152
334-242-7420
Fax: 242-2848
Email: jporter@ago.state.al.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Deloach**                                      represented by  **John McGavock Porter**
*Warden*                                                              (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

BEGIN VOL. 1

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2005 | | (Court only) ***Staff Attorneys added as Interested Party. Assignment of Staff Attorney Mullikin, ***Set Inmate and Staff Attorney Flags (cs) (Entered: 05/10/2005) |
| 05/09/2005 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5.00, Receipt #106268) filed by Anthony Burden.(cc, ) (Entered: 05/11/2005) |
| 05/09/2005 | 2 | NOTICE of Appearance by Robert Allen Ratliff on behalf of Anthony Burden (cc, ) (Entered: 05/11/2005) |
| 05/13/2005 | 3 | AMENDED PETITION by Anthony Burden. Amendment to 1 Petition for Writ of Habeas Corpus. (cc, ) (Entered: 05/13/2005) |
| 05/13/2005 | 4 | MEMORANDUM in Support re 3 Amended Petition filed by Anthony Burden. (cc, ) (Entered: 05/13/2005) |
| 05/19/2005 | 5 | ORDER TO ANSWER habeas petition within 20 days of service on the Attorney General. Copy mailed to petitioner; mailed CMRRR w/copies of petition, amended petition and memorandum in support to Warden DeLoach & Attorney General for the State of Alabama.Signed by Judge Vanzetta P. McPherson on 5/19/2005. (cc, ) (Entered: 05/19/2005) |
| 05/23/2005 | 6 | Return Receipt Card showing service of petition signed by C. Bell for James Deloach served on 5/20/2005, answer due 6/9/2005. (cc, ) (Entered: 05/24/2005) |
| 05/31/2005 | 7 | Return Receipt Card showing service of petition signed by J. Taylor for Troy King served on 5/27/2005, answer due 6/16/2005. (cc, ) (Entered: 06/01/2005) |
| 06/08/2005 | 8 | MOTION for Extension of Time to File Response to Federal Habeas Corpus Petition by James Deloach, Troy King. (cc, ) (Entered: 06/09/2005) |

CONT. VOL. 1

| 06/09/2005 | ⬤ | AO FORM 85 mailed to counsel for James Deloach, Troy King (cc, ) (Entered: 06/09/2005) |
|---|---|---|
| 06/15/2005 | ⬤9 | ORDER granting 8 Motion for Extension of Time to Answer; Answer due from James Deloach on 6/22/2005 and Troy King on 6/22/2005.Signed by Judge Vanzetta P. McPherson on 6/15/2005. (cc, ) (Entered: 06/15/2005) |
| 06/22/2005 | ⬤10 | RESPONDENTS' ANSWER to Complaint by Donal Campbell, Troy King. (Attachments: # 1 Exhibit EXHIBIT A - EXCERPT FROM RECORD ON DIRECT APPEAL# 2 Exhibit EXHIBIT B - EXCERPT FROM RECORD ON DIRECT APPEAL# 3 Exhibit EXHIBIT C - EXCERPT FROM RECORD ON DIRECT APPEAL# 4 Exhibit EXHIBIT D - BRIEF OF ANTHONY BURDEN & ANDREW BURDEN# 5 Exhibit EXHIBIT E - CCA DECISION# 6 Exhibit EXHIBIT F - PETITION FOR WRIT OF CERT# 7 Exhibit SC ORDER DENYING BURDEN'S PETITION FOR WRIT OF CERT)(Porter, John) (Entered: 06/22/2005) |
| 06/27/2005 | ⬤11 | ORDER allowing petitioner until 7/13/2005 to file a response to 10 Answer to Petition . Signed by Judge Vanzetta P. McPherson on 6/27/2005. (cc, ) (Entered: 06/27/2005) |
| 07/12/2005 | ⬤12 | MOTION for Extension of Time to File Response/Reply as to 10 Answer to Complaint,,, 11 Order by Anthony Burden. (Ratliff, Robert) (Entered: 07/12/2005) |
| 07/14/2005 | ⬤13 | ORDER (1) granting 12 Motion for Extension of Time to File Reply to respondents' response 12; (2) granting petitioner an extension from 7/13/2005 to 7/27/2005 to file his response, as further set out in order. Signed by Judge Vanzetta P. McPherson on 7/14/2005. (djy, ) (Entered: 07/14/2005) |
| 07/25/2005 | ⬤14 | REPLY BRIEF re 10 Answer to Complaint,, filed by Anthony Burden. (Attachments: # 1 Affidavit)(Ratliff, Robert) (Entered: 07/25/2005) |
| 07/25/2005 | ⬤ | 14 Response construed as a MOTION to Amend 1 Petition for Writ of Habeas Corpus pursuant to order of 7/27/2005 (cc, ) (Entered: 07/27/2005) |
| 07/25/2005 | ⬤ | Amendment to 1 Petition for Writ of Habeas Corpus by Anthony Burden. See 14 Response for pdf for this docket entry. (cc, ) (Entered: 07/27/2005) |
| 07/27/2005 | ⬤15 | ORDER granting MOTION to Amend 1 Petition for Writ of Habeas Corpus; directing the respondents to that on or before 8/15/2005 to file a supplemental answer. Signed by Judge Vanzetta P. McPherson on 7/27/2005. (cc, ) (Entered: 07/27/2005) |
| 07/27/2005 | ⬤ | Set Answer Deadlines pursuant to 15 Order: James Deloach 8/15/2005; Troy King 8/15/2005. (cc, ) (Entered: 07/27/2005) |
| 08/15/2005 | ⬤16 | RESPONDENTS' SUPPLEMENTAL ANSWER to Complaint TO AMENDED PETITION by Donal Campbell, Troy King.(Porter, John) (Entered: 08/15/2005) |

| 08/17/2005 | 17 | ORDER that on or before August 26, 2005 Respondents file a second supplemental answer which indicates the posture of Petitioner's ineffective assistance of appellate counsel claim in this court as a result of his failure to present the claim in state court. Signed by Judge Vanzetta P. McPherson on 8/17/2005. (cc, ) (Entered: 08/17/2005) |
|---|---|---|
| 08/17/2005 | | Set Supplemental Answer Deadline for James Deloach 8/26/2005 and Troy King 8/26/2005 pursuant to 17 order. (cc, ) (Entered: 08/17/2005) |
| 08/26/2005 | 18 | *RESPONDENTS' SECOND SUPPLEMENTAL* ANSWER to Complaint *TO AMENDED PETITION* by Donal Campbell, Troy King.(Porter, John) (Entered: 08/26/2005) |
| 09/06/2005 | 19 | ORDER allowing petitioner until 9/22/2005 to file a response to 18 Supplemental Answer filed by Donal Campbell, Troy King . Signed by Judge Vanzetta P. McPherson on 9/6/2005. (cc, ) (Entered: 09/06/2005) |
| 11/29/2006 | | Due to the retirement of Judge Vanzetta P. McPherson this case has been reassigned to Judge Wallace Capel, Jr. as referral judge (NO PDF document attached to this notice). (cc, ) (Entered: 11/29/2006) |
| 06/22/2007 | 20 | REPORT AND RECOMMENDATIONS that 1 Petition for Writ of Habeas Corpus filed by Anthony Burden be DENIED and that this case be DISMISSED with prejudice. Objections to R&R due by 7/5/2007. Signed by Judge Wallace Capel Jr. on 6/22/2007. (cc, ) (Entered: 06/22/2007) |
| 06/29/2007 | 21 | OBJECTION to 20 Report and Recommendations *of Magistrate* by Anthony Burden. (Ratliff, Robert) (Entered: 06/29/2007) |
| 07/12/2007 | 22 | ORDER overruling petitioner's 21 Objection; adopting 20 Report and Recommendations; denying the petition for writ of habeas corpus relief filed by Anthony Burden; dismissing this case without prejudice. Signed by Judge Mark E. Fuller on 7/12/2007. (cc, ) (Entered: 07/12/2007) |
| 07/12/2007 | 23 | FINAL JUDGMENT entered in favor of respondents and against petitioner; that this action is dismissed with prejudice; that the clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. Signed by Judge Mark E. Fuller on 7/12/2007. (Attachments: # 1 Civil Appeals Checklist)(cc, ) (Entered: 07/12/2007) |
| 08/10/2007 | 24 | NOTICE OF APPEAL as to 23 Judgment, by Anthony Burden (Ratliff, Robert) (Entered: 08/10/2007) |
| 08/10/2007 | | 24 MOTION for Certificate of Appealability by Anthony Burden. (dmn) (This document has no pdf attached, see Doc. 24 for pdf.) (Entered: 08/14/2007) |
| 08/10/2007 | | 24 Notice of Appeal construed as containing MOTION for Leave to Appeal in forma pauperis by Anthony Burden. See 24 Notice of Appeal for PDF. (dmn) (Entered: 08/16/2007) |

| 08/14/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet and Order to US Court of Appeals re 24 Notice of Appeal. (dmn) (Entered: 08/14/2007) |
|---|---|---|
| 08/15/2007 | 25 | USCA Appeal Fees received $ 455 receipt number 4602000138 re 24 Notice of Appeal filed by Anthony Burden (ydw, ) Additional attachment(s) added on 8/16/2007 (ydw, ). (Entered: 08/16/2007) |
| 08/16/2007 | 26 | ORDER construing the 24 Notice of Appeal as containing a Motion to Proceed on Appeal in forma pauperis. Petitioner's motion to proceed on appeal in forma pauperis is DENIED; and the 24 Notice of Appeal in this cause is certified, pursuant to 28 U.S.C.A. 1915(a), as not taken in good faith. Signed by Judge Mark E. Fuller on 8/16/2007. (dmn) [Modified on 8/16/2007 to add the word "containing." (Entered: 08/16/2007) |
| 08/16/2007 | 27 | ORDER that the Petitioner's Request for a Certificate of Appealability contained in the 24 Notice of Appeal is DENIED. Signed by Judge Mark E. Fuller on 8/16/2007. (dmn) (Entered: 08/16/2007) |
| 08/17/2007 | 33 | RECEIVED TRANSCRIPT REQUEST re: 24 Notice of Appeal from pro se appellant Anthony Burden, with following notation: "No transcript is required for appeal purposes" (ydw, ) (Entered: 11/06/2007) |
| 08/21/2007 | | USCA Case Number 07-13790-I for 24 Notice of Appeal filed by Anthony Burden. (dmn) (Entered: 08/21/2007) |
| 08/21/2007 | 28 | Request for Original Papers By USCA Eleventh Circuit re Appeal No. 07-13790-I, 24 Notice of Appeal. (dmn) (Entered: 08/23/2007) |
| 08/23/2007 | 29 | Original Papers Transmitted to USCA Appeal No. 07-13790-I. (dmn) (Entered: 08/23/2007) |
| 08/31/2007 | 30 | Acknowledgement of Receipt of Original Papers from USCA re 07-13790-I, 24 Notice of Appeal (ydw, ) (Entered: 09/06/2007) |
| 10/26/2007 | 31 | ORDER of USCA as to 24 Notice of Appeal filed by Anthony Burden, 11th Circuit Appeal No. 07-13790-I; Because appellant has satisfied the standard set forth by the U.S. Supreme Court in Slack v. McDaniel. 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000), appellant's motion for a certificate of appealability, construed from his notice of appeal, is GRANTED on the following issue(s) only: Whether the district court erred in determining that appellant failed to exhaust in state court his claim that a juror committed misconduct by failing to disclose a personal relationship she had with the family of the victim by stating the claim in federal terms?/s/ R. Lanier Anderson, UNITED STATES CIRCUIT JUDGE (ydw, ) (Entered: 11/06/2007) |
| 10/26/2007 | 32 | Original Papers (One Volume) Received from USCA 11th Circuit Appeal No. 07-13790-I, 24 Notice of Appeal. (ydw, ) (Entered: 11/06/2007) |
| 02/28/2008 | | Certificate of Readiness to US Court of Appeals re 07-13790-AA, 24 Notice of Appeal (ydw, ) (Entered: 02/28/2008) |

Case 3:05-cv-00435-MEF-WC    Document 35-2    Filed 02/28/2008    Page 6 of 6